## SALVATORE FEOLA *v.* PEDRO MILA
## (AC 19894)

Landau, Schaller and O'Connell, Js.

Argued January 8—officially released February 13, 2001

Per Curiam. The judgment is affirmed.